**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

GRACE FURR, )
)
Plaintiff, )
)
v. ) Case No. 14-1011-RDR
)
RIDGEWOOD SURGERY )
AND ENDOSCOPY CENTER, LLC; )
NUETERRA HEALTHCARE )
MANAGEMENT, LLC; and )
JOSEPH T. POGGI, II, M.D., )
)
Defendants. )
)

## NOTICE OF FILING

COMES NOW Plaintiff, and notifies the Court that she served the following exhibits on May 5, 2015, in connection with Docs 87 and 88, Memoranda in Opposition:

1. Excerpts from Marc Goff Deposition
2. Marc Goff Deposition Exhibit No. 39
3. Ridgewood Anti-Retaliation Policy
4. Excerpts from Joseph Poggi Deposition
5. Michelle Raney Declaration
   **(to be filed at a later date pending motion to file under seal)**
6. Excerpts from Grace Furr Deposition
7. 9/11/2012 Email by Marilyn Dawson
8. Grace Furr Declaration
9. Stephen Olson Deposition Exhibit No. 56
10. 10/22/2012 Email by Reena Patel
11. Excerpts from Stephen Olson Deposition
12. Nueterra's Responses to Plaintiff's Requests for Production
13. Ridgewood Surgery and Endoscopy Center Organizational Chart
14. Marc Goff Deposition Exhibit No. 38
15. Marc Goff Deposition Exhibit No. 37
16. Marc Goff Deposition Exhibit No. 42 Nueterra's Investigation File
    **(to be filed at a later date pending motion to file under seal)**
17. 8/5/2011 Email by Gerette Dennison
18. Nueterra's Responses to Plaintiff's Second Requests for Production
19. Nueterra's Responses to Plaintiff's Interrogatories
20. General Release Agreement

21. Ridgewood's Supplemental Responses to Plaintiff's Requests for Admission
22. Ridgewood Board Minutes September 22, 2011
    **(to be filed at a later date pending motion to file under seal)**
23. Courtney Waller Declaration
24. 5/31/2012 Email by Grace Furr
25. Ridgewood Board Minutes February 23, 2012
    **(to be filed at a later date pending motion to file under seal)**
26. Ridgewood Board Minutes July 10, 2012
    **(to be filed at a later date pending motion to file under seal)**
27. Ridgewood Board Minutes August 30, 2012
    **(to be filed at a later date pending motion to file under seal)**
28. Ridgewood Board Minutes October 8, 2012
    **(to be filed at a later date pending motion to file under seal)**
29. Ridgewood Board Minutes October 22, 2012
    **(to be filed at a later date pending motion to file under seal)**
30. Marc Goff Deposition Exhibit No. 44
    **(to be filed at a later date pending motion to file under seal)**
31. 9/28/2012 Email by Marc Goff
    **(to be filed at a later date pending motion to file under seal)**
32. 10/9/2012 Email by Marilyn Dawson
33. 11/8/2012 Email by Kim Krause
34. 10/15/2012 Email by David Ayers & 10/12/2012 Email by Jerry Gaston
35. 10/30/2012 Email by Douglas Friesen

DATE: May 5, 2015

Submitted by:

Withers, Gough, Pike, Pfaff & Peterson, LLC
O.W. Garvey Building
200 W. Douglas, Suite 1010
Wichita, KS 67202
316.267.1562 (Telephone)
316.303.1018 (Facsimile)
dpeterson@withersgough.com
smcgivern@withersgough.com

By: s/ Sean M. McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2015, I filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Tara Eberline
Foulston Siefkin LLP
32 Corporate Woods
Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210
Email: teberline@foulston.com

David Rogers
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Email: drogers@foulston.com
ATTORNEYS FOR DEFENDANT
NUETERRA HEALTHCARE MANAGEMENT, LLC

Gaye Tibbets
Hite, Fanning, & Honeyman, L.L.P.
100 N. Broadway, Suite 950
Wichita, KS 67202
Email: tibbets@hitefanning.com
ATTORNEY FOR DEFENDANTS RIDGEWOOD SURGERY AND ENDOSCOPY CENTER, LLC AND JOSEPH T. POGGI, III, M.D.

s/ Sean M. McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932